NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL J. LAWLESS, M.D.; JENNIFER )
CREWS, PA-C; and EMERGENCY )
MEDICAL ASSOCIATES OF FLORIDA, )
LLC, )
    )
       Appellants/Cross-Appellees, )
    )
v. )    Case No. 2D18-1899
    )             2D18-2934
JOHN BIRGE, )
    )    CONSOLIDATED
       Appellee/Cross-Appellant. )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack St. Arnold, Judge.

Dinah S. Stein and Aneta A. Kozub of
Hicks, Porter, Ebenfeld & Stein, P.A.,
Miami; and Mark E. McLaughlin of Beytin,
McLaughlin, McLaughlin, O'Hara, Kinman &
Bocchino, P.A., Tampa, for Appellants/
Cross-Appellees.

Tracy Raffles Gunn of Gunn Appellate
Practice, P.A., Tampa, for Appellee/Cross-
Appellant.

PER CURIAM.

        Affirmed.

BLACK, LUCAS, and SMITH, JJ., Concur.